# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135557(45)

TYSON FOODS, INC.,
               Plaintiff-Appellant,

v                                          SC: 135557
                                            COA: 272929
                                            Ct of Claims: 05-000159-MT

DEPARTMENT OF TREASURY,
               Defendant-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's March 24, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008                                            _____

d0721                                                          Clerk